UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

Re: CASE NUMBER 07-60173-MBM  DATE: December 3rd, 2009

NAME(S): Carla Huff

## FRBP 4002 STATEMENT OF CHANGE OF MAILING ADDRESS OF DEBTOR

Dear Clerk of the Court:

I/We the above-stated debtor(s) do hereby request that the mailing address listed in the above-stated case be changed to:

☐ Debtor 1 _____     ☐ Debtor 2 _____

859 Park Street                         ☐ Check here if address is the same as Debtor 1

Lincoln Park MI 48146

I/We declare under the penalty of perjury that the address listed above is my/our current mailing address.

Sincerely,

_Carla L. Huff_
Debtor 1                                Debtor 2
Carla L. Huff

***If you would like a copy of this form returned to you, mail two (2) copies of this form and a self-addressed stamped envelope directly to the Clerk of the Court at 211 West Fort Street, Detroit, MI 48226.

****THIS FORM IS TO BE USED **ONLY** FOR ADDRESS CHANGES THAT OCCUR **AFTER** THE FILING OF THE BANKRUPTCY PETITION. IF THE ADDRESS WAS INCORRECTLY LISTED ON THE PETITION **AT THE TIME OF FILING**, PLEASE AMEND THE PETITION AND FILE IT WITH THE BANKRUPTCY COURT.