UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

FILED 2013 JAN -7 A 10:41 U.S. BANKRUPTCY COURT E.D.M.-DETROIT

Re: CASE NUMBER 07-60173 DATE: 1/3/13

NAME(S): Carla Huff

## FRBP 4002 STATEMENT OF CHANGE OF MAILING ADDRESS OF DEBTOR

Dear Clerk of the Court:

I/We the above-stated debtor(s) do hereby request that the mailing address listed in the above-stated case be changed to:

☒ Debtor 1 _____

☐ Debtor 2 _____

525 Desoto Ave.

☐ Check here if address is the same as Debtor 1

Ypsilanti, MI
48198

I/We declare under the penalty of perjury that the address listed above is my/our current mailing address.

Sincerely,

_____ (signature)
Debtor 1

_____
Debtor 2

***If you would like a copy of this form returned to you, mail two (2) copies of this form and a self-addressed stamped envelope directly to the Clerk of the Court at 211 West Fort Street, Detroit, MI 48226.*

****THIS FORM IS TO BE USED **ONLY** FOR ADDRESS CHANGES THAT OCCUR **AFTER** THE FILING OF THE BANKRUPTCY PETITION. IF THE ADDRESS WAS INCORRECTLY LISTED ON THE PETITION **AT THE TIME OF FILING**, PLEASE AMEND THE PETITION AND FILE IT WITH THE BANKRUPTCY COURT.