**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN RE:

Carla Lynn Huff,

                DEBTOR.

_____/

CHAPTER 13
CASE NO. 07-60173-MBM
JUDGE MARCI B. MCIVOR

**TRUSTEE'S MOTION TO DISMISS**
**DUE TO EXPIRATION OF THE CHAPTER 13 PLAN**

      The Chapter 13 Standing Trustee files this Motion under E.D. Mich. LBR 9014-1 and states:

      1.    The confirmed Plan has expired on January 17, 2013 without fulfilling all of its terms and conditions, which constitutes "cause" to dismiss pursuant to 11 U.S.C. 1307(c).

      2.    There has been a material default with respect to a term of the confirmed Plan under 11 U.S.C. 1307(c)(6) as debtor has/have failed to remit all required Plan payments to the Chapter 13 Trustee for distribution.

      3.    There has been a material default with respect to a term of the confirmed Plan under 11 U.S.C. 1307(c)(6) as all secured creditors have not received repayment as required by the confirmed Plan.

      4.    There has been a material default with respect to a term of the confirmed Plan under 11 U.S.C. 1307(c)(6) as all unsecured creditors have not received repayment as required by the confirmed Plan.

      5.    There has been a material default with respect to a term of the confirmed Plan under 11 U.S.C. 1307(c)(6) as all Priority Claims have not received repayment as required by the confirmed Plan.

      6.    There has been a material default with respect to a term of the confirmed Plan under 11 U.S.C. 1307(c)(6) as debtor has/have failed to serve on the Chapter 13 Trustee all required Federal Income Tax Returns including but not limited to the Federal Income Tax Returns for the years 2007, 2009, 2010 and 2011.

      7.    There has been a material default with respect to a term of the confirmed Plan under 11 U.S.C. 1307(c)(6) as debtor has/have failed to remit to the Chapter 13 Trustee all Federal Income Tax Refunds to which the debtor was/were entitled or received during the pendency of this case including, but not limited to, the Federal Income Tax refunds for the years 2007, 2009, 2010 and 2011 for distribution to creditors.

8. The Trustee requested Debtor's concurrence in the relief requested in this Motion at least 7 days prior to filing. Debtor did not respond to the request for concurrence in the relief requested in this Motion.

WHEREFORE, your Trustee prays this Court enter its Order dismissing this case and granting such other relief as is just.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
David Wm. Ruskin, Chapter 13 Standing Trustee

Dated: February 27, 2013 ___/s/ Lisa K. Mullen_____
DAVID WM. RUSKIN (P26803)
LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
Telephone (248) 352-7755

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Carla Lynn Huff,
                           DEBTOR.
_____/

CHAPTER 13
CASE NO. 07-60173-MBM
JUDGE MARCI B. MCIVOR

**ORDER DISMISSING CASE**
**DUE TO EXPIRATION OF THE CHAPTER 13 PLAN**

     This matter having come to be heard upon the Trustee's Motion to Dismiss Due to Plan Expiration filed pursuant to E.D. Mich. LBR 9014-1, notice having been duly given and an opportunity for hearing having been provided based upon the records of the Court herein, the dismissal of the case is warranted for reason that the debtor's Chapter 13 Plan has expired by its terms and the debtor have failed to complete all requirements for a discharge under the plan, and the Court being otherwise sufficiently advised in the premises.

     IT IS HEREBY ORDERED that the Chapter 13 Plan has expired without successful completion of all requirements for a discharge and the case is dismissed.

     IT IS FURTHER ORDERED that the Clerk of the Court shall immediately provide notice of the entry of this order to all creditors listed in this case, the debtor, debtor's attorney, if any, and the Trustee.

     IT IS FURTHER ORDERED that DAVID WM. RUSKIN, Trustee, is discharged as Trustee and the Trustee and his surety are released from any and all liability on account of the within proceedings.

EXHIBIT 1

Form B20A (Official Form 20A)
12/1/10

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

**IN RE:**
CARLA LYNN HUFF,
          DEBTOR.

AKA or DBA (if any):

Address(es):
825 DESOTO AVENUE
YPSILANTI, MI 48198-0000

, -

Social Security Number(s):
XXX-XX-7359

Employer's Tax Identification (EIN) No(s). (if any):
_____/

CHAPTER 13
CASE NO. 07-60173-MBM
JUDGE MARCI B. MCIVOR

**NOTICE OF TRUSTEE'S MOTION TO DISMISS
DUE TO EXPIRATION OF THE CHAPTER 13 PLAN**

      The Chapter 13 Trustee has filed papers with the Court to dismiss the debtor's case for expiration of the Chapter 13 plan.

      Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)

      If you do not want the Court to dismiss the debtor's case, or if you want the Court to consider your views on the Trustee's Motion, within 14 days, you or your attorney must:

1.    File with the Court a written response or an answer, explaining your position at:*

          United States Bankruptcy Court
          211 W. Fort Street, Suite 2100
          Detroit, MI 48226

      If you mail your response to the Court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must also mail a copy to:

          OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
          ATTN: MOTION DEPARTMENT
          1100 Travelers Tower
          26555 Evergreen Road
          Southfield, MI 48076-4251

2.    If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

          OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
          David Wm. Ruskin, Chapter 13 Standing Trustee

Dated: February 27, 2013          _____/s/ Lisa K. Mullen_____
                                             DAVID WM. RUSKIN (P26803)
                                             LISA K. MULLEN (P55478)
                                             THOMAS D. DECARLO (P65330)
                                             1100 Travelers Tower
                                             26555 Evergreen Road
                                             Southfield, MI 48076-4251
                                             Telephone (248) 352-7755

                                                   EXHIBIT 2

*Response or answer must comply with F.R.CIV.P. 8(b), (c) and (e)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

IN RE:

Carla Lynn Huff,
                DEBTOR.

CHAPTER 13
CASE NO. 07-60173-MBM
JUDGE MARCI B. MCIVOR

_____/

**CERTIFICATE OF SERVICE OF TRUSTEE'S MOTION TO DISMISS**
**DUE TO EXPIRATION OF THE CHAPTER 13 PLAN**

I hereby certify that on February 27, 2013, I electronically filed the Trustee's Motion to Dismiss Due to Expiration of the Chapter 13 Plan, Notice and Opportunity for Hearing and Proposed Order with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

    CHIMKO & ASSOCIATES PC
    26212 WOODWARD AVENUE
    ROYAL OAK, MI  48067-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

    Carla Lynn Huff
    825 DESOTO AVENUE
    YPSILANTI, MI  48198-0000

        _____/s/ W. Noelle Balloid_____
        W. Noelle Balloid
        For the Office of the Chapter 13 Standing Trustee-Detroit
        1100 Travelers Tower
        26555 Evergreen Road
        Southfield, MI 48076-4251
        (248) 352-7755

EXHIBIT 4